JEFFREY D. OLSTER
Nevada Bar No. 008864
olster@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel:  702.893.3383
Fax  702.893.3789
Attorneys for Defendant
*Hartford Life and Accident Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF RICHARD JAMES WINDOM,<br><br>Plaintiff,<br><br>vs.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, AND ROES I through ROES XI, inclusive,<br><br>Defendants. | Case No. 2:12-cv-01211-GMN-CWH<br>_____<br><br>**STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between all parties and their respective counsel, that this action be dismissed, with prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated this 28th day of January, 2013.          Dated this 28th day of January, 2013.

                                                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  /s/ Lizzie R. Hatcher          .          By:  /s/ Jeffrey D. Olster          .
Lizzie R. Hatcher                                            Jeffrey D. Olster
725 South Sixth Street                                    Nevada Bar No. 008864
Las Vegas, Nevada 89101                              6385 S. Rainbow Boulevard, Suite 600
*Attorneys for Plaintiff*                                    Las Vegas, Nevada 89118
                                                                    *Attorneys for Defendant*
                                                                    *Hartford Life and Accident Insurance Company*

4823-0633-6018.1

## ORDER

Based on the foregoing stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, with each party to bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED** this 30th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge